IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  JESSE L. CODY,  Defendant. | 8:19CR402  ORDER |

The defendant appeared before the Court on January 24, 2022 regarding the motion of Matthew J. Knipe to withdraw as counsel for the defendant, Jesse L. Cody (Filing No. 110). For good cause shown, the motion will be granted. Julie A. Frank, 209 South 19th Street, Suite 323c, Omaha, NE 68102, (402) 346-2215, is appointed to represent the defendant for the remainder of the proceedings and shall forthwith file an appearance in this matter. Matthew J. Knipe's motion to withdraw (Filing No. 110) is granted.

Matthew J. Knipe shall forthwith provide Julie A. Frank any discovery materials provided to the defendant by the government and any such other materials obtained by Matthew J. Knipe which are material to Jesse L. Cody's defense.

The clerk shall provide a copy of this order to Julie A. Frank and the defendant.

**IT IS SO ORDERED.**

Dated this 2nd day of February, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge